IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARYNA KLOCHKOVA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SECRETARY MARKWAYNE MULLIN, et al. | : | |
| | : | NO. 26-6996 |

**ORDER**

**AND NOW**, this 21st day of September, 2026, upon consideration of Plaintiffs' Motion for Preliminary Injunction (Docket No. 5), **IT IS HEREBY ORDERED** that Defendants shall respond to the Motion no later than noon on September 24, 2026.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.