IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Karyna KLOCHKOVA and Oleksii KLOCHKOV, | : | |
| *Plaintiffs,* | : | Civil Action |
| v. | : | No. 26-cv-6996 |
| Markwayne MULLIN, et al. | : | |
| *Defendants.* | : | |

**Second Stipulation To Extend the Time For Defendants to File Their Response**

Plaintiffs and Defendants stipulate as follows:

1. On September 11, 2026, Plaintiffs filed a Complaint for Writ of Mandamus and Complaint for Declaratory Relief. *See* ECF 1.

2. On September 21, 2026, this Court issued an order setting the response deadline as September 24, 2026 at noon. ECF 7.

3. Upon stipulation of the parties, the Court extended Defendants deadline to September 25, 2026. ECF 8.

4. On September 24, 2026, after a detailed discussion of this matter, Plaintiffs and Defendants that a second brief extension may enable this matter to resolve without further district court intervention.

5. The parties agree that a brief extension for filing a response may be beneficial and submit this stipulation to the Court for an extension, until Monday, **September 28, 2026 at noon** for Defendants to file a response.

6. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.

So stipulated,

Dated: September 25, 2026

DAVID METCALF
United States Attorney

*/s/ Rebecca Swaintek-Green*
Rebecca Swaintek-Green, Esq.
Swaintek-Green Law, LLC
841 E Fort Ave #242
Baltimore, MD 21230
becca@swaintek-green.com
*Attorney for Petitioner*

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Anthony.stjoseph@usdoj.gov

*Counsel for Respondents*

**SO ORDERED:**

Date: September 25, 2026

/s/ John R. Padova, J.
JOHN R. PADOVA, J.