IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARYNA KLOCHKOVA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SECRETARY MARKWAYNE | : | |
| MULLIN, et al. | : | NO. 26-6996 |

**ORDER**

**AND NOW**, this 29th day of September, 2026, upon consideration of Plaintiffs' Motion for Preliminary Injunction (Docket No. 5), Defendants' Motion to Dismiss (Docket No. 10), and Plaintiffs' response in opposition to Defendants' Motion, **IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiffs' Motion for Preliminary Injunction that addresses the merits of Plaintiffs' preliminary injunction request, no later than 3:00 p.m. today.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.