**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Karyna KLOCHKOVA and<br>Oleksii KLOCHKOV, | : | |
| *Plaintiffs,* | : | |
| v. | : | Civil Action<br>No. 26-cv-6996 |
| Markwayne MULLIN, et al. | : | |
| *Defendants.* | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), the parties, by and through the undersigned counsel, jointly submit this notice of voluntary dismissal of the above-captioned action. As grounds in support of voluntary dismissal, the parties state as follows:

1. Complaint for Declaratory Relief. *See* ECF 1.

2. On September 21, 2026, this Court issued an order setting the response deadline as September 24, 2026 at noon. ECF 7.

3. Upon stipulation of the parties, the Court extended Defendants deadline to September 25, 2026. ECF 8.

4. On September 29, 2026, USCIS adjudicated the I-485 Petitions at issue in this case. The relief sought having been rendered, the parties agree that this matter is now moot.

5, The parties hereby voluntarily dismiss this action, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).

So stipulated,

Dated: September 29, 2026

DAVID METCALF
United States Attorney

*/s/ Rebecca Swaintek-Green*
Rebecca Swaintek-Green, Esq.
Swaintek-Green Law, LLC
841 E Fort Ave #242
Baltimore, MD 21230
becca@swaintek-green.com
*Attorney for Petitioner*

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Anthony.stjoseph@usdoj.gov

*Counsel for Respondents*

**SO ORDERED:**

Date: September 29, 2026

/s/ John R. Padova, J.
JOHN R. PADOVA, J.